IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVIN DWIGHT LEWIS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-3107-M |
| LSG SKY CHEFS, | § | |
| Defendants. | § | |

### AGREED ORDER AWARDING
### ATTORNEYS' FEES AND EXPENSES TO DEFENDANT

On April 6, 2016, the Court entered an *Order on Fed. R. Civ. P. 37 Award of Expenses,* awarding Defendant its attorneys' fees and costs incurred in connection with filing its *Motion to Compel* (Docket No. 52). The parties have met and conferred, as required, and filed a *Joint Status Report on Award of Attorneys' Fees and Expenses to Defendant* (Docket No. 61).

**IT IS, THEREFORE, ORDERED** that Plaintiff is required to pay Defendant $1,510.50 by June 1, 2016 and all payment checks must be made payable to "Ogletree, Deakins, Nash, Smoak & Stewart, P.C." and mailed or hand-delivered to defense counsel. The Court also WARNS Plaintiff that failing to comply with any part of this order or any other order may result in sanctions, including dismissal for failure to prosecute or obey the Court's orders. *See* FED. R. CIV. P. 16(f); FED. R. CIV. P. 41(b); *see also* Docket No. 39 (initial scheduling order) at 3 ("Plaintiff is cautioned that the Court possesses the power to sanction him—which can include dismissing his lawsuit—for failure to comply with all orders of the Court and applicable rules of procedure, including those rules that govern discovery.").

SIGNED on this 19th day of April, 2016.

UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

**AGREED TO AND ACCEPTED BY:**

By: *Kelvin Lewis*
KELVIN LEWIS, *Pro se*
1207 Quincy Dr.
Glenn Height, Texas 75154
(972) 351-2953—Telephone

**PRO SE PLAINTIFF**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *Amanda Williams*
BRYANT S. MCFALL
Texas State Bar No. 00784556
Bryant.McFall@ogletreedeakins.com
AMANDA A. WILLIAMS
Texas State Bar No. 24065281
Amanda.Williams@ogletreedeakins.com

500 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

**ATTORNEYS FOR DEFENDANT
LSG SKY CHEFS, INC.**

24541203.1